STATE of Missouri, ex rel., MISSOURI HIGHWAY AND TRANSPORTATION COMMISSION, (formerly State Highway Commission of Missouri), Plaintiff-Appellant,

v.

ESTATE OF Alvin J. OTHER, Deceased, et al., Defendants-Respondents.

No. 45217.

Missouri Court of Appeals, Eastern District, Division One.

Jan. 24, 1984.

John Koenig, Jr., Kirkwood, for plaintiff-appellant.

J.B. Carter, Clayton, for defendants-respondents.

ORDER

PER CURIAM.

The Missouri Highway and Transportation Commission appeals from the award in this condemnation proceeding. The judgment is affirmed in accordance with Rule 84.16(b).